[No. 18655.  *En Banc.*  April 9, 1925.]

H. L. CAMPBELL, *et al.*, *Plaintiffs*, v. J. J. NICHOLS, *Defendant.*

W. C. MARSHALL, *Appellant*, v. J. E. FRASER, *as Receiver etc.*
*Respondent.*[1]

Appeal from a judgment of the superior court for Lincoln county,
Sessions, J., entered September 24, 1923, adjudging the priority of
claims in receivership proceedings, after a hearing to the court.
Appeal dismissed.

*F. H. McDermont,* for appellant.

*Freece & Pettijohn,* for respondent.

ON REHEARING.

PER CURIAM—It appearing that notice of appeal herein had
been given to the attorneys for the respondent receiver, but not
to the plaintiffs in the original action, the appeal was ordered dis-
missed by Departmental opinion, *Per Curiam,* heretofore filed, and
reported in 131 Wash. 1, 228 Pac. 833; and upon a rehearing
*En Banc,* and upon a further examination of the record, a majority
of the court adhere to that opinion.